**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**HEBER IVAN MARTINEZ-ALVARADO #A208-279-760**

**CASE NO. 1:26-CV-04172 SEC P**

**VERSUS**

**JUDGE ROBERT R. SUMMERHAYS**

**WARDEN RIVER CORRECTIONAL CENTER**

**MAG. JUDGE KAYLA D. MCCLUSKY**

**ORDER**

Before the Court is Petitioner's "Motion for Temporary Restraining Order to Preserve Jurisdiction, Prevent Transfer and Protect Petitioner's Access to the Court" [ECF No. 2]. For the following reasons, the Motion is DENIED.

Preliminary injunctive relief is an "extraordinary remedy" that should only be granted if the movant has "clearly carried the burden of persuasion" on the following four elements: (1) a substantial likelihood that the movant will prevail on the merits; (2) a substantial threat that irreparable harm will result if the injunction is not granted; (3) the threatened injury outweighs any harm that will result to the non-movant if the injunction is granted; and (4) granting the injunction will not disserve the public interest.[1] The decision to grant preliminary injunctive relief "is to be treated as the exception rather than the rule."[2]

Here, Petitioner has not shown that he is likely to be transferred out of the Court's district pending adjudication of his petition, or that the disruption caused by a potential transfer would amount to a violation of his due process rights. Accordingly, he has shown neither a substantial

[1] *Miss. Power & Light Co. v. United Gas Pipe Line Co.*, 760 F.2d 618, 621–22 (5th Cir. 1985); *see also Perez v. City of San Antonio*, 163 F.4th 110, 118 (5th Cir. 2025).
[2] *Miss. Power & Light Co.*, 760 F.2d at 621.

likelihood of success on the merits nor a substantial threat of irreparable harm. For the foregoing reasons,

IT IS HEREBY ORDRED that Petitioner's Motion for Temporary Restraining Order [ECF No. 2] is DENIED.

THUS DONE in Chambers on this 9th day of October, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE